IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHERYL VERNICE PONDER, | |
| Plaintiff, | |
| VS. | CIVIL ACTION FILE NO. 5:05-CV-229 (RLH) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

O R D E R

On September 25, 2006, plaintiff filed a petition for attorney's fees as the prevailing party in this Social Security appeal, pursuant to the Equal Access To Justice Act ("EAJA"). Subsequent thereto, the parties entered into a stipulation as to the amount of attorney's fees to be paid to plaintiff and jointly requested that the court enter an order dismissing plaintiff's EAJA petition on the condition of the payment of the fees stipulated.

Therefore, in view of the foregoing plaintiff's EAJA petition is DISMISSED pursuant to the terms and conditions of said stipulation.

SO ORDERED, this 5th day of October 2006.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE